

USDC DISTRICT OF HAWAII

CASE 1:14-CV-00116 DKW-RLP

UNITED STATES BANKRUPTCY COURT
DISTRICT OF HAWAII
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813

hib_5005tr

| Debtor: 1250 Oceanside Partners | Case No.: 13-00353 |
|---|---|
| Joint Debtor:<br>(if any) | Chapter: 11 |
| [If adversary proceeding, complete the information below. Use "et al." if multiple parties.]<br>Plaintiff(s): 1250 Oceanside Partners<br>vs.<br>Defendant(s): Tsyr-Chyang Ho et al. | Adversary Proceeding No.:<br>13-90055 |

**NOTICE OF TRANSMITTAL**

To:   Clerk, United States District Court, District of Hawaii

The document or matter described below is being transmitted to your court for further attention. The docket sheet in this matter is attached for reference. Please acknowledge receipt by reply email or other method together with your case or proceeding number.

☐ **Application to Proceed Without Prepaying Fees or Costs.** The application concerns a fee due in the amount of _____ for:

   ☐ Notice of Appeal/Cross Appeal/Direct Appeal

   ☐ Other:

☐ **Motion to Withdraw Reference.**   ☐ If checked, filing fee has been paid.

☐ **Report and Recommendation to District Judge.**

☑ **Other:** Recommendation to District Court to Withdraw Reference in Order to Schedule and Conduct Jury Trial; Docket Sheet

Michael B Dowling
Clerk of Court

**Receiving Court Case No.:** CV 14-00116 DKW-RLP