IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re ) <br> 1250 OCEANSIDE PARTNERS, a ) <br> Hawaii limited Partnership, et al., ) <br>       Debtor. ) <br> ) <br> _____ ) <br> ) <br> 1250 OCEANSIDE PARTNERS, a ) <br> Hawaii limited Partnership. ) <br>       Plaintiff , ) <br> ) <br>     vs. ) <br> ) <br> TSYR-CHYANG HO; YUEH ) <br> CHANG; SUN KONA FINANCE II, ) <br> LLC, a Delaware limited company, ) <br>       Defendants. ) <br> ) <br> ) <br> ) <br> TSYR-CHYANG HO; YUEH ) <br> CHANG, ) <br>       Defendants and ) <br>       Third-Party Plaintiffs, ) <br> ) <br>     vs. ) <br> ) <br> SANDRA LEE HOUSE, ) <br>       Third-Party Defendant ) <br> _____ ) | CV 14-00116 DKW-RLP <br><br> U.S. Bankruptcy Court - Hawaii <br> Case No. 13-00353 <br><br> Adv. Pro. No. 13-90055 <br><br><br> **ORDER ADOPTING BANKRUPTCY JUDGE'S RECOMMENDATION TO DISTRICT COURT TO WITHDRAW REFERENCE IN ORDER TO SCHEDULE AND CONDUCT JURY TRIAL** |

ORDER ADOPTING BANKRUPTCY JUDGE'S
RECOMMENDATION TO DISTRICT COURT TO WITHDRAW REFERENCE
IN ORDER TO SCHEDULE AND CONDUCT JURY TRIAL

"Recommendation to District Court to Withdraw Reference in Order to Schedule and Conduct Jury Trial" having been filed on March 5, 2014 and served on all parties on March 7, 2014 and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to 28 U.S.C. § 157(c)(1) and Rule 9033(d) of the Federal Rules of Bankruptcy Procedure, the "Recommendation to District Court to Withdraw Reference in Order to Schedule and Conduct Jury Trial" are adopted as the opinion and order of this Court.

DATED: Honolulu, Hawaii, March 25, 2014.



Derrick K. Watson
United States District Judge

---

In re: 1250 Oceanside Partners, et al v. Tsyr-Chyang Ho/Tsyr-Chyang Ho v. Sandra Lee House; CV 14-00116 DKW-RLP; ORDER ADOPTING BANKRUPTCY JUDGE'S RECOMMENDATION TO DISTRICT COURT TO WITHDRAW REFERENCE IN ORDER TO SCHEDULE AND CONDUCT JURY TRIAL